IN THE MATTER OF THE PETITION   *      IN THE

FOR REINSTATEMENT OF               *

WILLIAM L. SISKIND TO              *      COURT OF APPEALS

THE MARYLAND BAR                *

                                       *      OF MARYLAND

                                       *

                                       *      Misc. Docket AG

                                       *      No. 107

                                       *      September Term, 2014

## <u>ORDER</u>

The Court having considered the Petition for Reinstatement of William L.

Siskind, memorandum in support of petition and the response filed thereto by the

Attorney Grievance Commission in the above captioned case, it is this <u>17th</u> day of

<u>September</u>, 2015

ORDERED, that the petition be, and it is hereby, DENIED.


                                       /s/ Mary Ellen Barbera
                                       Chief Judge